HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JONATHAN P. DUENAS,

    Plaintiff,

v.

RON HAYNES,

    Defendant.

CASE NO. C18-6027RBL-TLF

ORDER

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. #3], recommending that the Court DENY petitioner Duenas's Motion for Leave to Proceed in forma pauperis [Dkt. #1]. Since the Report was filed, Duenas paid the $5.00 filing fee. The Motion is DENIED as moot, and as a result the Court DECLINES to adopt the R&R.

Dated this 1st day of April, 2019.

Ronald B. Leighton
United States District Judge

ORDER - 1