HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JONATHAN P. DUENAS,

   Plaintiff,

 v.

RON HAYNES,

   Defendant.

CASE NO. C18-6027 RBL-TLF

ORDER

The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's report and recommendation is approved and adopted;

(2) petitioner's federal habeas corpus petition is DISMISSED with prejudice;

(3) petitioner shall be DENIED a certificate of appealability; and

(4) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 3rd day of March, 2020.

Ronald B. Leighton
United States District Judge

ORDER - 1